**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7507**

---

MICHAEL ANTHONY HUNTER,

Plaintiff - Appellant,

versus

P. R. PATEL, Doctor; M. K. GALLOWAY, IGC;
ROBERT E. WARD, Warden; GEORGE MARTIN, Region-
al Director; S. HUNTER RENTZ, Deputy Director,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  C. Weston Houck, Chief District
Judge.  (CA-97-2891-O-12BD)

---

Submitted:  December 17, 1998        Decided:  January 12, 1999

---

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael Anthony Hunter, Appellant Pro Se.  James E. Parham, Jr.,
Columbia, South Carolina; Andrew Foster McLeod, HARRIS & MCLEOD,
Cheraw, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Anthony Hunter appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Hunter v. Patel</u>, No. CA-97-2891-0-12BD (D.S.C. Sept. 22, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>